IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CR-00346-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN GLOVER,

    Defendant.

ORDER – ACTION ON REMAND

This matter comes before the court on the mandate by the United States Court of Appeals for the Fourth Circuit "vacat[ing] the special financial conditions [set forth in the Judgment] and remand[ing] for further proceedings." Order, DE 58 at 10. The challenged conditions are set forth on page 5 of the Judgment issued by the Honorable W. Earl Britt on October 15, 2021 ("Judgment") as follows:

> The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation office.
>
> The defendant shall provide the probation office with access to any requested financial information.

*See* DE 50. The court heard this matter on September 28, 2023, at which counsel for each party argued whether the conditions should be imposed in this case. Defendant was present and permitted to allocate. The court reimposed the special financial conditions with a full explanation on the record and in the Defendant's presence. For the reasons stated, the court finds that the special financial conditions are reasonably related to, and involve no greater deprivation of liberty than is reasonably necessary for the purposes set forth in, 18 U.S.C. § 3553(a), and are consistent with any pertinent policy statements issued by the Sentencing Commission. Thus, the court

ADOPTS the Judgment in full and formally IMPOSES the special financial conditions pursuant to 18 U.S.C. § 3583(d).

SO ORDERED this 28th day of September, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE